BEFORE THE SECOND DIVISION, SEPTEMBER 9, 1963

No. 67966.—Competition Chemicals and Ad. M. Schmid & Co. et al. v. United States, protests 293452–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of nylon tow ropes similar in use to cotton ropes and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.